IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |  |
|---|---|---|
| MUJAHID CHOUDRY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 4:11-cv-4349-KOB-PWG |
| | ) | |
| ERIC H. HOLDER, Attorney General of the United States, et al., | ) ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM OPINION

Mujahid Choudry, pro se, filed this habeas corpus case pursuant to 28 U.S.C. § 2241. The petitioner contends that he is being illegally detained by the respondents and that he is due to be released from custody pending his removal to Pakistan under the Immigration and Nationality Act. (Doc. 1). The respondents have filed a motion to dismiss this matter as being moot. (Doc. 8). Upon consideration, the court finds that the respondents' motion is due to be granted and that the petition is due to be dismissed as moot.

In support of their motion to dismiss, the respondents have filed evidentiary materials showing that the petitioner was released from custody under order of supervision on February 16, 2012. (Doc. 8-1). Thus, the petitioner's claim for release under an order of supervision or for repatriation is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"). Accordingly, this matter is due to be dismissed as moot. A separate final order will be entered.

DONE & ORDERED this 6th day of March 2012.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE